**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Andrea Plata, Esq. (SBN 343766)
aplata@plsfirm.com
6420 Wilshire Blvd., Ste. 200
Los Angeles, CA 90048
Telephone: (310) 933-6626
Fax: (310) 933-5821

Attorneys for Plaintiff **BENITA KENYANA HARGES**

Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
**THETA LAW FIRM, LLP**
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITA KENYANA HARGES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01806-SSS-SHK<br><br>*Assigned to:*<br>*Hon. Sunshine Suzanne Sykes*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently With [Proposed] Order*]<br><br>Complaint Filed: July 27, 2023 |

**STIPULATION OF DISMISSAL**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff BENITA KENYANA HARGES ("Plaintiff") and Defendant MERCEDES-BENZ USA, LLC ("Defendant") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties. The parties respectfully request that the Court dismiss this case in its entirety as a result of the dismissal.

Dated: March 12, 2024          **PRESTIGE LEGAL SOLUTIONS, P.C.**

By: _____
Michelle Yang, Esq.
Andrea Plata, Esq.
Attorneys for Plaintiff,
**BENITA KENYANA HARGES**

Dated: March 12, 2024          **THETA LAW FIRM, LLP**

By:     /s/ *Mehgan Gallagher*
_____
Mehgan Gallagher, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

**STIPULATION OF DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, I served the foregoing Stipulation for Dismissal by filing this document with the Central District of California's CM/ECF system, which provided a notice of electronic filing to all counsel of record.

_____
Andrea Plata, Esq.

**STIPULATION OF DISMISSAL**